# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EDWARD G. NEWMAN JR., Individually and on behalf of all others similarly situated, | CASE NO. 1:22-cv-01631-PAG |
| Plaintiff, | JUDGE PATRICIA A. GAUGHAN |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| ELECTRONIC MERCHANT SYSTEMS, LLC, | |
| Defendant. | |

Plaintiff Edward G. Newman, Jr. and Defendant Electronic Merchant Systems, LLC, by and through their respective counsel of record, stipulate to the dismissal of this action and the claims and causes of action of Plaintiff Edward G. Newman asserted therein with prejudice. Each party shall bear its own costs.

| | |
|---|---|
| *s/ Avi R. Kaufman* | */s/ David D. Yeagley* |
| Avi R. Kaufman *pro hac vic* | Michael N. Ungar (0016989) |
| kaufman@kaufmanpa.com | David D. Yeagley (0042433) |
| Kaufman P.A. | Emma M. Tomsick (0101308) |
| 237 South Dixie Highway, Floor 4 | ULMER & BERNE LLP |
| Coral Gables, Florida 33133 | Skylight Office Tower |
| Telephone: (305) 469-5881 | 1660 West 2nd Street, Suite 1100 |
| | Cleveland, OH  44113 |
| Brian T. Giles | Tel: (216) 583-7216 |
| brian@gilesfirm.com | dyeagley@ulmer.com |
| Law Offices of Brian T. Giles, LLC | |
| 1470 Apple Hill Road | Attorneys for Defendant |
| Cincinnati, Ohio 45230 | Electronic Merchant Systems, LLC |
| Telephone: (513) 379-2715 | |

Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: 12/19/22

_____
The Honorable Patricia A. Gaughan
Chief Judge, United States District Court